IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON and TRISTIN ADDISON  ............................................................................ PLAINTIFFS

v.  Case No. 3:15-cv-00108-KGB-JTK

JANE DOE  ............................................................................ DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 6). There have been no objections, and the time for filing objections has passed. After a review of those Proposed Findings and Recommendations, the Court adopts them in their entirety. Accordingly, it is therefore ordered that plaintiff Tristin Addison is dismissed without prejudice for failure to prosecute.

SO ORDERED this the 7th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE