IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                                                          **PLAINTIFFS**

v.                              Case No. 3:15-cv-00108-KGB-JTK

**JANE DOE**                                                                                                                **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 18). No objections have been filed, and the time for filing objections has passed. After careful review, the Court approves and adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Therefore, the Court dismisses without prejudice this case for failure to state a claim upon which relief can be granted. The Court denies as moot Mr. Addison's motion to appoint counsel (Dkt. No. 19). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

It is so ordered this 19th day of November, 2015.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE