IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                              **PLAINTIFFS**

v.                    Case No. 3:15-cv-00108-KGB-JTK

**JANE DOE**                                                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

Dated this 19th day of November, 2015.

_____
Kristine G. Baker
United States District Judge